LEON LEIGHTON et al., as Trustees, Landlords, Appellants, *v.* MORRIS JAWROWER, Tenant, Respondent.

Argued February 20, 1950; reargument ordered April 13, 1950.

*Barnet Kaprow* for appellants.

*Leo Isacson, Benjamin Weinberger* and *Phyllis Shelly Jaffe* for respondent.

*John P. McGrath, Corporation Counsel* (*Anthony Curreri, Stanley Buchsbaum* and *Alfred Weinstein* of counsel), for City of New York, and *Nathan W. Math* for Temporary City Housing Rent Commission of the City of New York, *amici curiæ,* in support of respondent's position.

Reargument ordered to be heard during the session to begin May 15, 1950. Counsel are requested upon reargument to discuss the effect of the new State Rent Control Law [L. 1950, ch. 250] upon this appeal.